**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiffs, | ) ) | |
| | ) | Case No. 11 CV 5125 |
| v. | ) ) | |
| EVELYN FOSTER | ) ) ) | |
| Defendant. | ) | |

**EXHIBITS**

1.    Corrected Exhibit A to the Complaint

                                  */s/ John A. Goudge*
                                    John A. Goudge

GREENE AND LETTS
Attorneys for Plaintiff
111 West Washington Street
Suite 1650
Chicago, Illinois 60602
(312) 346-1100